[No. 3687–1–III.   Division Three.   January 27, 1981.]

TULLY DRILLING COMPANY, INC., *Respondent,* v. ADCOCK AIR DRILLING CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 27999, B. J. McLean, J., entered September 28, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

[No. 3688–0–III.   Division Three.   January 27, 1981.]

TED D. MELGREN, *Respondent,* v. SOIL & CROP SERVICE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 12754, Gordon Swyter, J., entered October 15, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4130–II.   Division Two.   January 30, 1981.]

*In the Matter of the Marriage of* JESSIE E. PEARSON, *Respondent, and* ARTHUR D. PEARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 251867, James V. Ramsdell, J., entered June 15, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.